PER CURIAM.
Affirmed. See and compare State v. Reddick, 568 So.2d 902, (Fla.1990) [15 F.L.W. S430]; State v. Smith, 547 So.2d 613 (Fla.1989); State v. DiGuilio, 491 So.2d 1129 (Fla.1986); State v. Gibson, 452 So.2d 553 (Fla.1984); Pope v. State, 441 So.2d 1073 (Fla.1983); State v. Abreau, 363 So.2d 1063 (Fla.1978); McCrae v. State, 395 So.2d 1145 (Fla.1980); Stanley v. State, 357 So.2d 1031 (Fla. 3d DCA 1978); Lynch v. State, 293 So.2d 44 (Fla.1974); Hernandez v. State, 547 So.2d 138 (Fla. 3d DCA 1988); Allen v. State, 474 So.2d 261 (Fla. 4th DCA 1985); Blockburger v. United States, 284 U.S. 299, 52 S.Ct. 180, 76 L.Ed. 306 (1932); Section 7, Chapter 88-131, Laws of Florida; Section 782.04, Florida Statutes (1987); Section 790.07(2), Florida Statutes (1987); Section 790.19, Florida Statutes (1987); Section 924.33, Florida Statutes (1987).